AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| UNITED STATES | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 20 Cr. 272 (PKC) |
| DONAL O'SULLIVAN et al. | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donal O' Sullivan

Date: 09/30/2022

*Attorney's signature*

Ilene Jaroslaw IW05069
*Printed name and bar number*
Elliott Kwok Levine & Jaroslaw LLP
565 Fifth Avenue, 7th Floor
New York, NY 10017

*Address*

ijaroslaw@ekljlaw.com
*E-mail address*

(646) 777-4514
*Telephone number*

*FAX number*